IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

IN RE:                                              CASE NO: 20-70058
                                                    DATED: March 24, 2020
STEPHEN THOMAS BOWDEN                               ATTORNEY: MONTE J WHITE

**AMENDED NOTICE OF 341 MEETING**

**The Section 341 Meeting is changed to allow for telephonic appearance by all parties . The connection information is as follows:**
**Meeting Date:** **April 01, 2020**
**Meeting Time:** **10:00 am**
**Phone number to connect to meeting:** **1(312)757-3121**
**Access Code:** **774701413**

If you cannot connect to the meeting, please call the Trustee's office at (806) 748-1980.


 /s/ Robert B. Wilson
Robert B. Wilson, Bar # 21715000
Chapter 13 Trustee
Marc McBeath, Bar # 13328600
Staff Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Notice of 341 Meeting was served on the following parties electronically or at the addresses listed below by U.S. First Class mail.

AR Resources, Inc., ATTN: Bankruptcy, PO Box 1056, Blue Bell, PA 19422
Attorney General-Child Support Division, Attn: Bankruptcy, PO Box 12017, Austin, TX 78711-2017
CAPITAL ONE, PO BOX 30281, SALT LAKE CITY, UT 84130
Citibank, Attn: Bankruptcy, PO Box 790034, St Louis, MO 63179-0034
DESHAYNA CUSTARD, 613 WEST TEXAS, IOWA PARK, TX 76367
DISCOVER FINANCIAL SERVICES, PO BOX 3025, NEW ALBANY, OH 43054
Electra Medical Clinic, 1207 S. Bailey Street, Electra, TX 76360
Encompass Health Rehab, POB 952163, Dallas, TX 75395
INTERNAL REVENUE SERVICE, PO BOX 7317, PHILADELPHIA, PA 19101-7317
INTERNAL REVENUE SERVICE, PO BOX 7346, PHILADELPHIA, PA 19101-7346
LendingClub, Attn: Bankruptcy Attn: Bankruptcy, 595 Market St , Ste 200, San Francisco, CA 94105
MONTE J WHITE, ATTORNEY AT LAW, 1106 BROOK AVE HAMILTON PLACE, WICHITA FALLS, TX 76301
PMAB, LLC, PO Box 12150, Charlotte, NC 28220
PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541
Pro Collect, Inc, 12170 N Abrams Road, Dallas, TX 75243
Radiology Associates of WF, PO Box 732877, Dallas, TX 75373
SECURED ADVANTAGE FCU, PO BOX 1539, SIMPSONVILLE, SC 29681
STEPHEN THOMAS BOWDEN, 14420 AUSTIN ROAD, ELECTRA, TX 76360
Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541
Synchrony Bank-Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896
United Regional Physician Group, 4327 Barnett Rd,, Wichita Falls, TX 76310
United Regional, 1600 Eleventh Street, Wichita Falls, TX 76301
UNITED STATES ATTORNEY, 801 CHERRY STREET UNIT 4, FT WORTH, TX 76102-6882
US ATTORNEY GENERAL, MAIN JUSTICE BLDG, ROOM 5111, 10TH ST & CONSTITUTION AVE, WASHINGTON, DC 20530
WILLIAM T NEARY, UNITED STATES TRUSTEE, 1100 COMMERCE STREET RM 976, DALLAS, TX 75242

                                                                                  STEPHEN THOMAS BOWDEN
                                                                                  14420 AUSTIN ROAD
                                                                                  ELECTRA, TX 76360